In the Matter of BENNY CARRERA, Appellant, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion having become academic by virtue of the decision of this court in *Matter of Carrera* v. *O'Connell (ante,* p. 918), decided herewith, is dismissed. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ.

In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLY ZEITZ, Respondent; WILLIAM FITZ GIBBON, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Breitel, JJ. [201 Misc. 580.]

In the Matter of NIKITA FEDERENKO, Appellant, against JOSEPH D. McGOLD-RICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *post,* p. 973.]

In the Matter of NORMA BROWN et al., Appellants, against HERMAN T. STICHMAN, as Housing Commissioner of the State of New York, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *post,* p. 973.]

In the Matter of 1070 PARK AVENUE CORPORATION et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents. In the Matter of JULIUS L. OLTARSH et al., on Behalf of the Tenants of 1070 Park Avenue, Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Orders unanimously affirmed, with one bill of $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *post,* p. 973.]

In the Matter of HANOVER CONSTRUCTION CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

MARION MURRAY, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

MAFLO HOLDING CORP., Respondent, v. S. J. BLUME, INC., Appellant.— Order unanimously modified so as to provide that the bond furnished by plaintiff be increased to the sum of $2,000. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.